IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00826 LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| ALBERT S.N. HEE, | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

This Court could be construed as having an interest in the outcome of the litigation and therefore, recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety. This case is hereby referred to the Clerk's Office for random assignment.

DATED: Honolulu, Hawaii, January 28, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge