Case 1:14-cr-00826-SOM   Document 105   Filed 06/01/15   Page 1 of 4   PageID #: 860

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division
LAWRENCE L. TONG #3040
Assistant U.S. Attorney
QUINN P. HARRINGTON
Trial Attorney – Tax Division
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
(808) 541-2850
Email: Les.Osborne@usdoj.gov
Email: Larry.Tong@usdoj.gov
Email: Quinn.P.Harrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 14-00826 SOM |
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT ALBERT S.N. HEE'S MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO THE BOARD OF WATER SUPPLY LEASE AMENDMENT AND LEASE DISPUTE; CERTIFICATE OF SERVICE |
| vs. | |
| ALBERT S.N. HEE, | |
| Defendant. | |

12754797.1

## GOVERNMENT'S OPPOSITION TO DEFENDANT ALBERT S.N. HEE'S MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO THE BOARD OF WATER SUPPLY LEASE AMENDMENT AND LEASE DISPUTE

The United States opposes Defendant's motion to exclude evidence regarding the Board of Water Supply lease and amendment. Put simply, Defendant already lost his motion to strike these allegations, and his efforts to exclude evidence of the charged conduct have no legal basis.

Defendant previously moved to strike from the indictment the allegations regarding the lease with the Board of Water Supply and the associated tax implications of that lease. Doc. 65. The Court denied the motion, noting that it was "unpersuaded by Hee's argument that the water main lease allegations should be stricken because the law was too unclear to allow him to be convicted in that regard." Doc. 81, p. 29.  The Court also ruled that "[w]hether Hee's conduct was such a corrupt attempt to obstruct the administration of the IRS and/or the tax laws is a matter for the jury to decide." Doc. 81, p. 28-29.

Defendant's motion in limine is based on the same legal theory previously rejected by this Court.  The Court has already ruled that the allegations sufficiently allege a crime to be submitted to the jury.  Defendant may raise objections to specific evidence offered at trial, but his motion to exclude all evidence concerning the water main allegations should be denied.

///

2

12754797.1

DATED: June 1st, 2015, in Washington, DC.

        Respectfully submitted,

        FLORENCE T. NAKAKUNI
        United States Attorney
        District of Hawaii

        By /s/ Quinn P. Harrington
            LESLIE E. OSBORNE, JR.
            LAWRENCE L. TONG
            Assistant U.S. Attorneys
            QUINN P. HARRINGTON
            Trial Attorney - Tax Division

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

<u>Served electronically through CM/ECF</u>:

STEVEN TOSCHER, ESQ.
toscher@taxlitigator.com

EDWARD M. ROBBINS, ESQ.
robbins@taxlitigator.com

KURT KAWAFUCHI, ESQ.
kawafuchi@taxlitigator.com

Attorneys for Defendant
ALBERT HEE

DATED: June 1st, in Washington, DC.

/s/ Quinn P. Harrington
Trial Attorney
U.S. Department of Justice
Tax Division