FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division
LAWRENCE L. TONG #3040
Assistant U.S. Attorney
QUINN P. HARRINGTON
Trial Attorney – Tax Division
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
(808) 541-2850
Email: Les.Osborne@usdoj.gov
Email: Larry.Tong@usdoj.gov
Email: Quinn.P.Harrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00826 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION CONCERNING |
| | ) | RECORDS OF WAIMANA |
| vs. | ) | ENTERPRISES, INC.; ATTACHMENT |
| | ) | "A" |
| ALBERT S.N. HEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION CONCERNING RECORDS OF
## WAIMANA ENTERPRISES, INC.

The United States and defendant Albert S.N. Hee, through their attorneys, hereby stipulate that the exhibits listed on the attached list ("Attachment A") are true and correct copies of business records maintained by Waimana Enterprises, Inc. in Hawaii.

All of the exhibits are records that were regularly made and created at or near the time of the record by someone with knowledge.  The records were kept by Waimana Enterprises, Inc. in the ordinary course of its business activities and the making of the records was a regular practice of its business activities. The parties agree that such exhibits are authentic for purposes of Rule 901 of the Federal Rules of Evidence ("FRE"), are records of a regularly conducted activity within the meaning of FRE 803(6), and may be admitted into evidence without the need for foundational testimony, subject to any relevancy or other non-foundational objections.

\\\

\\\

\\\

2 – Stipulation Re: Business Records

DATED:  June 1, 2015, in Honolulu, Hawaii.

Respectfully submitted jointly by:

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By   /s/ Lawrence L. Tong
        LESLIE E. OSBORNE, JR.
        LAWRENCE L. TONG
        Assistant U.S. Attorneys
        QUINN P. HARRINGTON
        Trial Attorney - Tax Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA


STEVEN TOSCHER, ESQ.
KURT KAWAFUCHI, ESQ.
EDWARD M. ROBBINS, JR., ESQ.

HOCHMAN, SALKIN, RETTIG,
TOSCHER & PEREZ, P.C.

By:   /s/ Steven Toscher
        STEVEN TOSCHER, ESQ.
        Attorneys for Defendant,
        ALBERT S. N. HEE

APPROVED AND SO ORDERED:
DATED:   Honolulu, Hawaii, June 3, 2015.



                        /s/ Susan Oki Mollway
                        Susan Oki Mollway
                        Chief United States District Judge


3 – Stipulation Re: Business Records

| | ATTACHMENT A |
|---|---|
| **Ex. No.** | **Bates No. (if any)** |
| 4-1 | Not Bates Numbered |
| 4-2 | WEI_05_00016294 to 00016307 |
| 4-2A | WEI_05_00030787 |
| 4-3 | WEI_05_00002218 to 00002234 |
| 4-3A | WEI_04_00003754 |
| 4-4 | WEI_05_00016576 to 00016588 |
| 4-4A | WEI_04_00003805 |
| 4-5 | WEI_05_00016683 to 00016695 |
| 4-5A | WEI_04_00003825 |
| 4-6 | WEI_05_00016930 to 00016942 |
| 4-6A | WEI_04_00003864 |

1

| Ex. No. | Bates No. (if any) |
|---------|-------------------|
| 4-7 | WEI_05_00017277 to 00017289 |
| 4-7A | WEI_04_00003963 |
| 4-8 | WEI_05_00002461 to 00002474 |
| 4-8A | WEI_04_00002665 |
| 4-9 | WEI_05_00002490 to 00002504 |
| 4-9A | WEI_04_00002696 |
| 4-10 | WEI_05_00002514 to 00002543 |
| 4-10A | WEI_04_00002721 |
| 4-11 | WEI_05_00018113 to 00018120 |
| 4-11A | WEI_04_00002742 |

2

| Ex. No. | Bates No. (if any) |
| --- | --- |
| 4-12 | WEI_05_00018191 to 00018198 |
| 4-12A | WEI_04_00002758 |
| 4-13 | WEI_05_00018408 to 00018416 |
| 4-13A | WEI_04_00002790 |
| 4-14 | WEI_05_00018645 to 00018651 |
| 4-14A | WEI_04_00002828 |
| 4-15 | WEI_05_00018750 to 00018757 |
| 4-15A | WEI_04_00002840 |
| 4-16 | WEI_05_00018985 to 00018993 |
| 4-16A | WEI_04_00003167 |

3

| Exh. No. | Bates No. (if any) |
|---|---|
| 4-17 | WEI_05_00019036 to 00019042, 00002736, 00002737, 00002738, 00002739, 00002740 |
| 4-17A | WEI_04_00003182 |
| 4-18 | WEI_05_00019110 to 00019117, 00002771 |
| 4-18A | WEI_04_00003199 |
| 4-19 | WEI_05_00019198 to 00019206 |
| 4-19A | WEI_04_00003230 |
| 4-20 | WEI_05_00019535 to 00019546, 00002894, 00002892, 00002895 |

4

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-20A | WEI_04_00003331 |
| 4-21 | WEI_05_00019666 to 00019672, 00002912, 00002913, 00002915, 00002916, |
| 4-21A | WEI_04_00003348 |
| 4-22 | WEI_05_00003350 to 00003371 |
| 4-22A | WEI_04_00003362 |
| 4-23 | WEI_05_00002948 to 00002978 |
| 4-23A | WEI_04_00003387 |
| 4-24 | WEI_05_00002979 to 00003004 |

5

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-24A | WEI_04_00003411 |
| 4-25 | WEI_05_00003005 to 00003025 |
| 4-25A | WEI_04_00003439 |
| 4-26 | WEI_05_00003701 to 00003717 |
| 4-26A | WEI_04_00000610 |
| 4-27 | WEI_05_00020677 to 00020686 |
| 4-27A | WEI_04_00000511 |
| 4-28 | WEI_05_00003656 to 00003676 |
| 4-28A | WEI_04_00000537 |
| 4-29 | WEI_05_00003624 to 00003643 |
| 4-29A | WEI_04_00000555 |

6

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-30 | WEI_05_00021227 to 00021235 |
| 4-30A | WEI_04_00000579 |
| 4-31 | WEI_05_00003591 to 00003609 |
| 4-31A | WEI_04_00000595 |
| 4-32 | WEI_05_00003834 to 00003858 |
| 4-32A | WEI_05_00030940 |
| 4-33 | WEI_05_00003792 to 00003832 |
| 4-33A | WEI_05_00030983 |

7

| Exh. No. | Bates No. (if any) |
|---|---|
| 4-34 | WEI_05_00003777 to 00003792 |
| 4-34A | WEI_01_00000112 |
| 4-35 | WEI_05_00003718 to 00003730 |
| 4-35A | WEI_01_00000097 |
| 4-36 | WEI_05_00004289 to 00004307 |
| 4-36A | WEI_01_00000093 |
| 4-37 | WEI_05_00004256 to 00004285 |
| 4-37A | WEI_05_00030994 |
| 4-38 | WEI_05_00004228 to 00004251 |

8

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-38A | WEI_01_00000081 |
| 4-39 | WEI_05_00004212 to 00004221 |
| 4-39A | WEI_01_00000076 |
| 4-40 | WEI_05_000023101 to 00023109 |
| 4-40A | WEI_01_00000071 |
| 4-41 | WEI_05_000004169 to 00004182 |
| 4-41A | WEI_01_00000065 |
| 4-42 | WEI_05_000023400 to 00023408 |
| 4-42A | WEI_05_00031020 |

9

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-43 | WEI_05_000004117 to 00004145 |
| 4-43A | WEI_01_00000055 |
| 4-44 | WEI_05_000023905 to 00023911 |
| 4-44A | WEI_05_00031028 |
| 4-45 | WEI_05_000024595 to 00024601 |
| 4-45A | WEI_01_00000029 |
| 4-46 | WEI_05_000000997 to 00001002 |
| 4-46A | WEI_05_00001430 |
| 4-47 | WEI_05_00004476 to 00004482 |
| 4-47A | WEI_05_00001435 |
| 4-48 | WEI_05_00024894 to 00024901 |

10

| Exh. No. | Bates No. (if any) |
|---|---|
| 4-48A | WEI_05_00001445 |
| 4-49 | WEI_05_00004420 to 00004433 |
| 4-49A | WEI_01_00000004 |
| 4-50 | WEI_05_00025159 to 00025167 |
| 4-50A | WEI_06_00000154 |
| 4-51 | WEI_05_00026477 to 00026484, 00026535 |
| 4-51A | WEI_05_00001485 |
| 4-52 | WEI_05_00026522 to 00026530 |
| 4-52A | WEI_05_00001518 |
| 4-53 | WEI_05_00004595 to 00004623, 00026773 to 00026774 |
| 4-53A | WEI_05_00001524 |

11

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-54 | WEI_05_00004580 to 00004590 |
| 4-54A | WEI_05_00001530 |
| 4-55 | WEI_05_00004562 to 00004570 |
| 4-55A | WEI_05_00001536 |
| 4-56 | WEI_05_00004542 to 00004561 |
| 4-56A | WEI_05_00001541, 00001543 |
| 4-57 | WEI_05_00004521 to 00004533 |
| 4-57A | WEI_05_00001548 |
| 4-58 | WEI_05_00004507 to 00004519 |
| 4-59 | WEI_05_00016274 to 00016277 |

12

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-59A | WEI_04_00004140 |
| 4-60 | WEI_05_00016431 to 00016434 |
| 4-60A | WEI_04_00004149 |
| 4-61 | WEI_05_00016497 to 00016499 |
| 4-61A | WEI_04_00004158 |
| 4-62 | WEI_05_00016890 to 00016893 |
| 4-62A | WEI_04_00004174 |
| 4-63 | WEI_05_00017007 to 00017009 |
| 4-63A | WEI_04_00004183 |
| 4-64 | WEI_05_00017352 to 00017354 |
| 4-64A | WEI_04_00004200 |

13

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-65 | WEI_05_00019283 to 00019286 |
| 4-65A | WEI_04_00003592 |
| 4-66 | WEI_05_00019602 to 00019603 |
| 4-66A | WEI_04_00003601 |
| 4-67 | WEI_05_00019707 to 00019710 |
| 4-67A | WEI_04_00003609 |
| 4-68 | WEI_05_00019821 to 00019823 |
| 4-68A | WEI_04_00003617 |
| 4-69 | WEI_05_00019965 to 00019968 |
| 4-69A | WEI_04_00003628 |
| 4-70 | WEI_05_00020578 to 00020581 |

14

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-70A | WEI_04_00003646 |
| 4-71 | WEI_05_00020959 to 00020961 |
| 4-71A | WEI_04_00000714 |
| 4-72 | WEI_05_00020962 to 00020964 |
| 4-72A | WEI_04_00000707 |
| 4-73 | WEI_05_00021321 to 00021323 |
| 4-73A | WEI_04_00000722 |
| 4-74 | WEI_05_00021466 to 00021468 |
| 4-74A | WEI_04_00000730 |
| 4-75 | WEI_05_00021556 to 00021559 |
| 4-75A | WEI_01_00000125 |

15

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-76 | WEI_05_00023589 to 00023592 |
| 4-76A | WEI_01_00000049 |
| 4-77 | WEI_05_00024557 to 00024559 |
| 4-77A | WEI_05_00001396 |
| 4-78 | WEI_05_00024666 to 00024669 |
| 4-78A | WEI_01_00000030 |
| 4-79 | WEI_05_00025224 to 00025227 |
| 4-79A | WEI_05_00001460 |
| 4-80 | WEI_05_00026456 to 00026458 |
| 4-80A | WEI_06_00000055 |
| 4-81 | WEI_05_00026702 to 00026704 |

16

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-81A | WEI_05_00001522 |
| 4-82 | WEI_09_000001 to 4 |
| 4-82A | WEI_05_00030774 to 00030777 |
| 4-82B | WEI_05_00030774 to 00030803,  00030995 to 00031009,  00031010, 00031071,  00031045 to 00031046 |
| 4-82C | WEI_05_00030787 to 00030789 |
| 4-82D | WEI_05_00030984 |
| 4-82E | WEI_05_00030810 |
| 4-82F | WEI_05_00030814 to 00030836 |
| 4-82G | WEI_05_00030837 to 00030861 |
| 4-82H | WEI_05_00030862 to 00030864 |

17

| Exh. No. | Bates No. (if any) |
|---|---|
| 4-82I | WEI_05_00030868 to 00030933 |
| 4-82J | WEI_05_00030911 to 00030912 |
| 4-82K | WEI_05_00030913 to 00030926 to 00030927 |
| 4-82L | WEI_05_00030934 to 00031057 |
| 4-82M | WEI_05_00030979 - 980 |
| 4-82N | WEI_05_00030983 |
| 4-82O | WEI_05_00030865 to 00030867, 00030985, 00030987 to 00030989, 000303993 to 00030994, 00031012, 00031014, 00031017, 00031019 to 00031021, , 00031023, 00031025 to 00031027, 00031029 to 00031033, 00031035 to 00031038, 00031040 to 00031043. 00031047 to 00031050 |
| 4-82P | WEI_05_00030928 to 00030932, 00030981, 00031058 to 00031061 |

18

| Exh. No. | Bates No. (if any) |
|---|---|
| 4-82P continued | WEI_05_00030986, 00031062 to 00031063 |
| 4-82P continued | WEI_05_00031011, 00031064 |
| 4-82P continued | WEI_05_00031016, 00031066 |
| 4-82P continued | WEI_05_00031018, 00031067 |
| 4-82P continued | WEI_05_00031022, 00031068 |
| 4-82P continued | WEI_05_00031039, 00031069 |
| 4-82P continued | WEI_05_00031044, 00031070 |
| 4-82Q | WEI_05_00031013, 00031065 |
| 4-83 | RESERVED |

19

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-84 | WEI_03_00000011 |
| 4-85 | WEI_03_00000009 |
| 4-86 | WEI_03_00001777 |
| 4-87 | WEI_03_00001903 |
| 4-88 | WEI_02_00000430 |
| 4-89 | WEI_02_00000493 |
| 4-90 | WEI_05_00027696 |
| 4-91 | WEI_05_00027586 |

20

| Exh. No. | Bates No. (if any) |
|----------|---------------------|
| 4-92 | WEI_05_00027508 |
| 4-93 | WEI_05_00029995 |
| 4-94 | WEI_05_00030750 to 30753, 30755 to 30760 |
| 4-95 | WEI_05_00029899 to 29902, 29904 to 29909 |
| 4-96 | WEI_05_00029978 |
| 4-97 | WEI_05_00028204 to 00028213 |
| 4-98 | WEI_05_00026004 |
| 4-99 | WEI_05_00028218 to 00028226 |
| 4-100 | WEI_02_00001159 to 00001366 |
| 4-101 | WEI_02_00000001 to 16 |

21

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-102 | WEI_03_00000003 to 9 |
| 4-103 | WEI_05_00000080 to 83 |
| 4-104 | WEI_05_00007483 to 7484, WEI_06_00000183 |
| 4-105 | RESERVED |
| 4-106 | WEI_04_00003129 to 00003132 |
| 4-107 | WEI_04_00003133 to 00003138 |
| 4-108 | WEI_04_00003143 to 00003146 |
| 4-109 | WEI_04_00003147 to 00003150 |
| 4-110 | WEI_04_00003152 to 00003154 |
| 4-111 | WEI_04_00003155 to 00003158 |

22

| Exh. No. | Bates No. (if any) |
|----------|--------------------|
| 4-112 | WEI_04_00003159 to 00003162 |
| 4-113 | WEI_04_00003163 to 00003166 |
| 4-114 | WEI_04_00003653 to 00003656 |
| 4-115 | WEI_04_00003657 to 00003660 |
| 4-116 | WEI_04_00003661 to 00003664 |
| 4-117 | WEI_04_00003665 to 00003668 |
| 4-118 | WEI_02_00000075 to 00000197 |
| 4-119 | WEI_02_00000198 to 00000332 |
| 4-120 | WEI_02_00000333 to 00000432 |
| 4-121 | WEI_02_00000433 to 00000493 |

23