FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division
LAWRENCE L. TONG #3040
Assistant U.S. Attorney
QUINN P. HARRINGTON
Trial Attorney – Tax Division
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
(808) 541-2850
Email: Les.Osborne@usdoj.gov
Email: Larry.Tong@usdoj.gov
Email: Quinn.P.Harrington@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00826 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Trial: June 23, 2015 before |
| ALBERT S.N. HEE, | ) | Chief Judge Susan Oki Mollway |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S WITNESS LIST

The United States intends to call the following witnesses at trial:

1. Nancy Henderson
2. David Chinaka
3. Carlton Siu
4. Harold Johnston
5. Lynn Yasaka
6. Diane Doll
7. Abigail Tawarahara
8. Judith Ushio
9. Adrianne Hee
10. Breanne Hee
11. Charlton Hee
12. Charles Hee
13. Robert Kihune
14. Scott Daniels and/or Custodian of Records, AKT, LLP
15. Alan Yee and/or Custodian of Records, KMH, LLP
16. Danielle Yanagihara
17. Deanna Awa
18. Ernest Lau

19. Erwin Kawata

20. Randall Ho

21. Crystal Carey

22. Kris Morgan, or Custodian of Records, Internal Revenue Service

23. Daniel Nakandakari

24. Frank Molinari

25. Selina Mann

26. Susan Mitsuyoshi

27. Wendy Watanabe

28. Hans Sasaki

29. Joe Cooper or Custodian of Records, Board of Water Supply

30. Custodian of Records, Hawaii National Bank

31. Custodian of Records, Old Republic & Title

32. Custodian of Records, Chinaka & Siu CPAs, Inc.

The United States reserves the right to supplement or amend this list, or to call such additional witnesses whose testimony may become necessary for purposes of impeachment or rebuttal.

\\\

\\\

\\\

DATED:  June 9, 2015, at Honolulu, Hawaii.

            FLORENCE T. NAKAKUNI
            United States Attorney
            District of Hawaii

           By /s/ Lawrence L. Tong
            LESLIE E. OSBORNE, JR.
            LAWRENCE L. TONG
            Assistant U.S. Attorneys
            QUINN P. HARRINGTON
            Trial Attorney - Tax Division

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served electronically through CM/ECF:

STEVEN TOSCHER, ESQ.
toscher@taxlitigator.com

EDWARD M. ROBBINS, ESQ.
robbins@taxlitigator.com

KURT KAWAFUCHI, ESQ.
kawafuchi@taxlitigator.com

Attorneys for Defendant
ALBERT HEE

DATED: June 9, 2015 in Washington, DC.

/s/ Iris Nagao
United States Attorney's Office