STEVEN TOSCHER, ESQ. (CA SBN 91115)
EDWARD M. ROBBINS, ESQ. (HI Bar No. 8314)
KURT KAWAFUCHI, ESQ. (HI Bar No. 4341)
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California  90212-3414
Telephone:  (310) 281-3200
Facsimile:  (310) 859-1430
E-mail:      toscher@taxlitigator.com
                  robbins@taxlitigator.com
                  kawafuchi@taxlitigator.com

Attorneys for Defendant
ALBERT S. N. HEE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ALBERT S. N. HEE,<br><br>                Defendant. | **CR NO.  14-00826-SOM**<br><br>DEFENDANT ALBERT S. N. HEE'S ANTICIPATED WITNESSES; CERTIFICATE OF SERVICE |

The Defendant, Albert S. N. Hee, pursuant to the pre-trial order, hereby submits his list of anticipated witnesses who have been identified as of the present date.

Adrianne Ho'o Hee
Breanne Li'ko Hee
Charlton Kupa'a Hee
Randy Ho
Abigail Tawarahara
Nancy Henderson
Sang Song Sumida
James Ota
Judy Ushio
Gayle Honda
Harold Johnston
Robert Kihune
Carlton Siu
David Chinaka
Lynn Tamanaha
Lynn Yasaka
Carl Muraoka
Deanna Awa
Danielle Yanagihara
Alan L. Yee
Scott Daniels
Kathy Gordon
Dr. Steven J. Berman
Dr. Lindsey Kimura
Gil Tam
Ernie Lau
Brennon Morioka
Ed Sniffen
Donna Kiyosaki
William Lum
Wendy Hee
Joy Miyasaki
Sunshine Topping
James Ventura
Thalia Ma'a-Lapalio
Ray Soon
Michelle Kauhane
Robin Danner
Crystal Carey

Colin Chigawa
Lloyd Kamigaki
Naomi Miyashiro
Custodian for Infinite Massage
Diane Doll
Charles Au, CPA
Mike McEnerney, CPA
Richard Speier
Gary Howard, CPA
Victor Song
Torkel Patterson
Morgan Banks
Ed Rockowitz

The Defendant requests and reserves the right to modify his anticipated list of witnesses based upon developments in the case and the Government's presentation of evidence, including the right to call the Defendant and character witnesses and to call other witnesses identified by the Government.

DATED:  Beverly Hills, California, June 9, 2015.

STEVEN TOSCHER, ESQ.
KURT KAWAFUCHI, ESQ.
EDWARD M. ROBBINS, JR., ESQ.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By:    /s/ Steven Toscher.
         STEVEN TOSCHER., ESQ.

Attorneys for Defendant,
ALBERT S. N. HEE

6433391_1