CARLSMITH BALL LLP

| MICHAEL M. PURPURA | 9121 |
| ERIKA L. AMATORE | 8580 |

1001 Bishop St., Suite 2100
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
mpurpura@carlsmith.com
ela@carlsmith.com

HOSODA & MORIKONE, LLC

| LYLE HOSODA | 3964 |
| ADDISON D. BONNER | 9163 |

Three Waterfront Tower
500 Ala Moana Blvd. Suite 3-499
Honolulu, HI  96813
Tel No. 808.524.3700
Fax No. 808.524.3838
lsh@hosodalaw.com
adb@hosodalaw.com

Attorneys for Defendant
ALBERT S. N. HEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | CIVIL NO.  14-00826-SOM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO SURRENDER** |
| vs. | [Re: Albert S.N. Hee; April 4, 2016, Before 10:00 a.m.] |
| ALBERT S. N. HEE, | |
| Defendant. | |

## STIPULATION AND ORDER TO EXTEND TIME TO SURRENDER

Defendant Albert S. N. Hee and Plaintiff United States of America stipulate that Defendant's surrender date is extended from April 4, 2016 to June 15 , 2016. The Defendant shall self-surrender for service of sentence before 10:00 a.m. on June 15, 2016 at the Rochester FMC, 2110 East Center Street, Rochester, MN 55904, or other institution designated by the Bureau of Prisons.

DATED: Honolulu, Hawaiʻi, March 22, 2016.

/s/ MICHAEL M. PURPURA
MICHAEL M. PURPURA
ERIKA L. AMATORE
LYLE S. HOSODA
ADDISON D. BONNER

Attorneys for Defendant
ALBERT S. N. HEE

/s/ LAWRENCE L. TONG
LAWRENCE L. TONG
QUINN P. HARRINGTON

Attorneys for Plaintiff United States of America

*United States of America v. Albert S. N. Hee*; Civil No. 14-00826-SOM;
**STIPULATION AND ORDER TO EXTEND TIME TO SURRENDER**

DATED:  Honolulu, Hawaiʻi, <u>March 24, 2016</u>.

APPROVED AND SO ORDERED:



<u>/s/ Susan Oki Mollway</u>
Susan Oki Mollway
United States District Judge

---

*United States of America v. Albert S. N. Hee*; Civil No. 14-00826-SOM;
**STIPULATION AND ORDER TO EXTEND TIME TO SURRENDER**

3.